UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLOW SPRINGS OPERATOR, LLC : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> USI INSURANCE SERVICES, LLC, *et al.* : <br> : <br> Defendants. : <br> : | Case No.: 3:19-cv-35-BRM-DEA <br><br> **ORDER** |

**THIS MATTER** is before the Court on the Court's Order to Show Cause (ECF Nos. 28) directing Defendants to show cause why this matter should not be remanded for lack of diversity jurisdiction. Having reviewed the parties' submissions (ECF Nos. 32, 33, 34, 52, 53, & 55), having authorized jurisdictional discovery (ECF No. 40), and having declined to hear oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth below and for good cause appearing,

**IT IS** on this 30th day of October 2019,

**ORDERED** that the Motion to Dismiss of Defendants USI Insurance Services, Inc., Sean Hood, and Lisa Olson (ECF No. 54) is **ADMINISTRATIVELY TERMINATED** with leave to refile in the Superior Court of New Jersey; and it is further

**ORDERED** that this matter be **REMANDED** to the Superior Court of New Jersey, Law Division, Ocean County; and it is finally

**ORDERED** that this matter shall be marked **CLOSED**.

*/s/ Brian R. Martinotti*_____
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**